AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew William GRISWOLD<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

**Case: 1:21-mj-00267<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/1/2021<br>Description: Complaint w/ Arrest Warrant**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Andrew William GRISWOLD _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building.

Date:    03/01/2021

Digitally signed by G. Michael
Harvey
Date: 2021.03.01 14:34:24 -05'00'
_____
*Issuing officer's signature*

City and state:        Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/01/2021 , and the person was arrested on *(date)* 03/05/2021<br>at *(city and state)* Pensacola, Florida.<br><br>Date: 03/05/2021                    *Heather Kinnard*<br>                                      *Arresting officer's signature*<br><br>                         Heather Kinnard, TFO Special Agent<br>                                      *Printed name and title* |

FILED USDC FLND PN
MAR 5 '21 PM 5:11