UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No.   3:21mj85/EMT

ANDREW WILLIAM GRISWOLD

---

**INITIAL APPEARANCE FOR DEFENDANT
<u>CHARGED IN ANOTHER DISTRICT</u>**

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1. Advised that defendant is before a U.S. Magistrate                                    X

2. Advised of the charge or charges                                                                    X

3. Advised that defendant does not have to make any statement; that they have a right to consult with an attorney before making any statement; that any statement they make could be used against them; that they will not be called upon to enter a plea at this hearing                    _____

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel                                                                    X

5. Defendant waived attendance of counsel for this hearing and advised that waiver does not prevent requesting counsel for trial                                                                    _____

6. Defendant executed CJA 23                                                                                _____

FILED IN OPEN COURT THIS
_____3-5-21_ Sw_____
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) _____

8. Advised defendant should obtain and file CJA 23 if subsequently decide to request appointment of counsel _____

9. Defendant admitted financial ability to employ counsel/Counsel B. KLOTZ   X

10. Defendant found financially unable to employ counsel _____

11. Defendant found to be able to make full or partial payment for appointed counsel _____

12. Federal public defender appointed solely for the purposes of proceedings in this district _____

13. Since indicted, informed that not entitled to a preliminary hearing

14. Advised of right to hearing in this district as to identity (Rule 5(c))   X

    (a) Advised of right to subpoena witnesses and produce evidence at identity hearing _____

    (b) Advised the consequence after identity hearing is removal to the charging district and issuance of warrant _____

    (c) Advised of right to waive identity hearing _____

    (d) Identity hearing waived (AO 121)   X
        w/o prejudice

    (e)    Fix date for identity hearing

    (f)    Identity hearing held and defendant <u>found/not found</u> to be the persons named in the charging instrument

    (g)    Removal warrant authorized

15.    Defendant advised of right to consider Rule 20 transfer    X

16.    Defendant advised of right to reasonable bail    X

17.    Order Setting Conditions of Release entered (AO 199A)    X

18.    Government moved for detention without bail

    (a)    Government represented ready for detention hearing immediately

    (b)    Government requested continuance of _____ days (up to and including 3 days)

    (c)    Defendant advised of right of continuance for up to and including 5 days

    (d)    Detention hearing scheduled and Temporary Detention Order entered

    (e)    Detention hearing conducted

        1)    Order of detention entered

        2)    Order Setting Conditions of Release entered

    (f)    Defendant stipulated to detention pending review in charging district

(g) Defendant currently under order of incarceration, negating necessity of consideration of detention on this charge(s) at this time         _____

19. As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.         _____

*/s/ Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

NOTES: _____

_____

AUSA present at initial appearance: *Jeff Tharp*
~~AFPD~~ present at initial appearance:
*Def Counsel: Chris Klotz*

Start: 4:30pm
End: 4:47pm

Date: This 5th day of March 2021.