

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

## MEMORANDUM

**UNITED STATES OF AMERICA**

**Case No.  3:21mj85-EMT**

**-vs-**

**ANDREW WILLIAM GRISWOLD**

---

DATE:       3/5/2021

TO
          **Your Case No. 1:21mj267**
          United States District Court
          333 Constitution Avenue N.W. Room 1225
          Washington D.C. 20001

FROM:       Sylvia Williams, United States District Court
          Courtroom Deputy for
          Roger Vinson, Senior United States District Judge
          Elizabeth M. Timothy, Chief United States Magistrate Judge
          United States Courthouse
          One North Palafox Street
          Pensacola, Florida 32502

SUBJECT:      Rule 5 Proceedings

     The above-styled case originated in your division.  Enclosed please find  copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: 3/5/2021
DETENTION:   Initial Appearance

Enclosures