IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              Case No.: 3:21-MJ-85-EMT-1
                                                  Division: Criminal

ANDREW W. GRISWOLD,

    Defendant.
_____/

## **MOTION FOR RELEASE OF LOCAL PRETRIAL CONDITIONS**

    ANDREW W. GRISWOLD files this motion for release of local pretrial conditions and states:

    1.    Mr. GRISWOLD appeared before the U.S. District Court for the Northern District of Florida on March 05, 2021, on charges initiated from the U.S. District Court in the District of Columbia.

    2.    During the hearing on March 05, 2021, certain pretrial release conditions were imposed by the Court.

    3.    On March 10, 2021, Mr. GRISWOLD appeared before Magistrate Judge Zia M. Faruqui of the U.S. District Court in the District of Columbia, who has imposed some differing pretrial conditions upon the defendant. Judge Faruqui advised defense counsel to move the local District Court in Florida to release their conditions and adopt the District of Columbia's pretrial release conditions.

4. Mr. Griswold petitions the Court to be released from the local pretrial release conditions imposed by the U.S. District Court for the Northern District of Florida on March 05, 2021, and adopt the conditions imposed in the District Court in the District of Columbia.

WHEREFORE, the undersigned respectfully requests this court grant him release from the locally set pretrial conditions and adopt or ratify the conditions imposed in the District Court in the District of Columbia in this matter. A copy of said conditions applied by Judge Faruqui are attached hereto as Exhibit "A".

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished to all attorneys of record in the above captioned case by service through the ECF-Case Filing Portal on Friday, March 12, 2021.

/s/ J. Christopher Klotz
J. Christopher Klotz
Stevenson Klotz, LLP
Florida Bar No. 47060
510 E. Zaragoza Street
Pensacola, FL  32502
(850) 444-0000
(866) 251-7888 – Facsimile
chris@stevensonklotz.com
servicejck@stevensonklotz.com
Attorney for Defendant